# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Deiby VICTORIA; Starling Bladmil GONZALEZ; Domingo Depena VEGA; Isidro Perez MONTERO; Charles TORRES; Ramon ARIAS; Vinicio BAEZ; Julio DIAZ; Jefferson RODRIGUEZ; Jesus SEPULVEDA; Santo SANTANA; Jose ALAMO; Gilberto TORRES, a/k/a "Julian"; Wellington Osnel Soto AGUASVIVA; Friman GONZALEZ; Johan Montanez PIZZARO; Felix Salas DIAZ; Amable DIAZ; Wilfredo SANTANA; and Hamlet Mendez NOVA | ) ) ) ) ) ) | 16-mj-4441-DHH |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 2016 to December 2016  in the county of _____ in the _____ District of  Massachusetts , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §846 | conspiracy to distribute heroin, cocaine, and Fentanyl |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Special Agent Mark Tully

☒ Continued on the attached sheet.

*Complainant's signature*

Mark Tully, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/12/2016

*Judge's signature*

City and state:  Worcester, Massachusetts     David H. Hennessy, United States Magistrate Judge
*Printed name and title*