UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
16-4441-DHH

UNITED STATES OF AMERICA

v.

DEIBY VICTORIA,
DOMINGO DEPENA VEGA, and
STARLING BLADMIL GONZALEZ

## MEMORANDUM AND ORDER OF DETENTION

December 14, 2016

Hennessy, M.J.

Defendants Deiby Victoria, Domingo Depena Vega, and Starling Bladmil Gonzalez (hereinafter, "the Defendants") are charged with others in a criminal complaint with Conspiracy to Distribute Heroin, Cocaine and Fentanyl, in violation of 21 U.S.C. § 846. An initial appearance was held on December 13, 2016, the day of the Defendants' arrest. At the initial appearance, the Defendants were represented by appointed or retained counsel. As to each of the Defendants, the United States moved for detention pursuant to the Bail Reform Act. The Defendants, through counsel, consented to the entry of an order of detention, without prejudice to seek release on conditions at a later date.

In addition, each of the Defendants Victoria and Vega orally and in writing waived his right to a preliminary hearing. I found such waivers to be knowing and voluntary and accepted them. Defendant Gonzalez requested a preliminary hearing.

Accordingly, it is ORDERED that the Defendants be DETAINED pending trial, and it is further ORDERED --

(1) That the Defendants be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the Defendants be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the Defendants are detained and confined deliver the Defendants to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to any one of the Defendants filing a motion at any time seeking a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

   / s / David H. Hennessy  
David H. Hennessy  
United States Magistrate Judge